1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN HOIEN and PEGGY HOIEN,        No. 2:05-cv-2464-MCE-KJM

12          Plaintiffs,

13       v.                            **NON-RELATED CASE ORDER**

14   MERCK & CO., INC., MCKESSON
     CORPORATION, and AMERI-
15   SOURCEBERGEN DRUG CORPORATION,

16          Defendants.
     _____/
17
     PATRICIA LOVE,                     No. 2:05-cv-2140-MCE-PAN
18
            Plaintiff,
19
         v.
20
     MERCK & CO., INC. and
21   MCKESSON CORPORATION,

22          Defendants.
     _____/
23
     BARBARA HACKER,                    No. 2:05-cv-2193-GEB-JFM
24
            Plaintiff,
25
         v.
26
     MERCK & CO., INC., PFIZER, INC.,
27   and MCKESSON CORPORATION

28          Defendants.
     _____/

1  BRUCE REEVE,                              No. 2:05-cv-2199-FCD-GGH

2          Plaintiff,

3      v.

4  MERCK & CO., INC.,

5          Defendant.
   _____/
6
   CLARA PUMA,                              No. 2:05-cv-2203-DFL-KJM
7
           Plaintiff,
8
       v.
9
   MERCK & CO., INC., and ATTORNEY
10 MCKESSON CORPORATION,

11         Defendants.
   _____/
12
   CHRISTOPHER LEESON,                      No. 2:05-cv-2240-WBS-PAN
13
           Plaintiff,
14
       v.
15
   MERCK & CO., INC., PFIZER, INC.,
16 and MCKESSON CORPORATION,

17         Defendants.
   _____/
18
   VANCE SKILLSKY,                          No. 2:05-cv-2218-DFL-GGH
19
           Plaintiff,
20
       v.
21
   MERCK & CO., INC., and
22 MCKESSON CORPORATION,

23         Defendants.
   _____/
24

25 ///

26 ///

27 ///

28 ///

2

```
 1   CLAYTON WELCH,                      No. 2:05-cv-2267-WBS-DAD

 2              Plaintiff,

 3        v.

 4   MERCK & CO., INC., and
     MCKESSON CORPORATION,
 5
                Defendants.
 6   _____/

 7   JAMES MARK REAGLE,                  No. 2:05-cv-2349-DFL-PAN

 8              Plaintiff,

 9        v.

10   MERCK & CO., INC.,

11              Defendant.
12   _____/

13   JAMES MARK REAGLE,                  No. 2:05-cv-2356-DFL-PAN

14              Plaintiff,

15        v.

16   MERCK & CO., INC.,

17              Defendant.
     _____/

18   DEBORAH SISEMORE,                   No. 2:05-cv-2399-WBS-KJM

19              Plaintiff,

20        v.

21   MERCK & CO., INC. and
     MCKESSON CORPORATION,
22
                Defendants.
23   _____/

24   ///

25   ///

26   ///

27   ///

28   ///
```

| | |
|---|---|
| 1 | EDITH CROOK,                                    No. 2:05-cv-2436-FCD-PAN |
| 2 |           Plaintiff, |
| 3 |      v. |
| 4 | MERCK & CO., INC. and |
|   | MCKESSON CORPORATION, |
| 5 | |
|   |           Defendants. |
| 6 | _____/ |
| 7 | ALMA ZEHRUNG,                                   No. 2:05-cv-2437-DFL-DAD |
| 8 |           Plaintiff, |
| 9 |      v. |
| 10 | MERCK & CO., INC. and |
|   | MCKESSON CORPORATION, |
| 11 | |
|   |           Defendants. |
| 12 | _____/ |
| 13 | PAMELA PARKER,                                  No. 2:05-cv-2446-GEB-KJM |
| 14 |           Plaintiff, |
| 15 |      v. |
| 16 | MERCK & CO., INC., MCKESSON |
|   | CORPORATION, and AMERI- |
| 17 | SOURCEBERGEN DRUG CORPORATION, |
| 18 |           Defendants. |
| 19 | _____/ |
|   | JAMES LAME BULL and LUCINDA                     No. 2:05-cv-2465-LKK-DAD |
| 20 | LAME BULL, |
| 21 |           Plaintiffs, |
| 22 |      v. |
| 23 | MERCK & CO., INC., MCKESSON |
|   | CORPORATION, and AMERI- |
| 24 | SOURCEBERGENDRUG CORPORATION, |
| 25 |           Defendants. |
| 26 | _____/ |
| 27 | /// |
| 28 | /// |

4

1   TOMMIE BALHOUN,                              No. 2:05-cv-2567-FCD-DAD

2         Plaintiff,

3     v.

4   MERCK & CO., INC., and
    MCKESSON CORPORATION,

5

6         Defendants.
   _____/

7   JOHN PALMER,                                  No. 2:05-cv-2568-DFL-JFM

8         Plaintiff,

9     v.

10   MERCK & CO., INC., and
    MCKESSON CORPORATION,

11

12         Defendants.
   _____/

13   ESTHER NED,                                   No. 2:05-cv-2584-MCE-DAD

14         Plaintiff,

15     v.

16   MERCK & CO., INC., and
    MCKESSON CORPORATION,

17

18         Defendants.
   _____/

19   BOYD COLE, STEVEN COLE, and                   No. 2:05-cv-2609-MCE-GGH
    KAREN ALVISO,

20

21         Plaintiffs,

    v.

22   MERCK & CO., INC., and
23   MCKESSON CORPORATION,

24         Defendants.
   _____/

25

26   ///

27   ///

28   ///

1  JILL DESART,                              No. 2:06-cv-0015-FCD-DAD

2          Plaintiff,

3      v.

4  MERCK & CO., INC.,

5          Defendant.
   _____/
6
   JILL DESART,                              No. 2:06-cv-0062-FCD-DAD
7
           Plaintiff,
8
       v.
9
   MERCK & CO., INC. and
10 MCKESSON CORPORATION,

11         Defendants.
   _____/
12

13      The Court has received the Notice of Related Cases

14 concerning the above-captioned cases filed.  See Local Rule 83-

15 123, E.D. Cal. (1997).  The Court has determined, however, that

16 it is inappropriate to relate or reassign the cases, and

17 therefore declines to do so.  This order is issued for

18 informational purposes only, and shall have no effect on the

19 status of the cases, including any previous Related (or Non-

20 Related) Case Order of this Court.

21      IT IS SO ORDERED.

22 DATE: February 2, 2006

23

24

25                                    _____
                                      MORRISON C. ENGLAND, JR
26                                    UNITED STATES DISTRICT JUDGE

27

28
                                      6