IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA ZEHRUNG,<br><br>      Plaintiff,<br><br>      v.<br><br>MERCK & COMPANY, INC., MCKESSON CORP., AMERISOURCEBERGEN DRUG CORP., DOES 1 - 100, PHARMACEUTICAL DEFENDANT DOES 101 - 200, and DISTRIBUTOR DEFENDANT DOES 201 - 300,<br><br>      Defendants. | CIV-S-05-2437 DFL DAD<br><br><br>ORDER |

For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), defendant Merck & Co., Inc.'s motion to stay is GRANTED and plaintiff's motion to remand is DENIED WITHOUT PREJUDICE.  IT IS SO ORDERED.

Dated: 2/13/2006

_____
DAVID F. LEVI
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26